FILED

March 27, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:20-mj-00051-AC |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| RIGOBERTO GUERRA-SALCEDO, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release, RIGOBERTO GUERRA-SALCEDO, Case No.

2:20-mj-00051-AC  from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

__X__    Bail Posted in the Sum of: $250,000.00.

_____    Co-Signed Unsecured Appearance Bond

__X__    Secured Appearance Bond

__X__    (Other) Conditions as stated on the record.

__X__    (Other) The secured bond paperwork is ordered to be filed by 4/3/2020.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/27/2020  at  1:20 p.m.

By _____

Edmund F. Brennan
United States Magistrate Judge