Steve Whitworth, Esq. (SBN: 249111)
**Law Offices of Steve Whitworth**
9245 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758
Telephone: 916-668-5970
Facsimile: 916-668-5971
Email: steve@stevewhitworth.com

Attorney for Defendant
Rigoberto Guerra-Salcedo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RIGOBERTO GUERRA-SALCEDO,<br><br>            Defendant. | Case No. 2:20-CR-00089-WBS-1<br><br>**STIPULATION REGARDING THE REMOVAL OF THE LOCATION MONITORING DEVICE FOR DEFENDANT RIGOBERTO GUERRA-SALCEDO; FINDINGS AND ORDER** |

## STIPULATION

1. The parties hereby agree that Defendant, Rioberto Guerra-Salcedo, after having complied with his conditions of release, no longer requires location monitoring via ankle device.

2. The device shall be removed as a term of his liberty during the pendency of this criminal action.

3. The current condition of a curfew, will also be removed entirely.

4. Pretrial Services is in agreement with the removal of location monitoring condition.

5. All other terms and aggrements not modified herein shall remain in full force and effect.

   **IT IS SO STIPULATED.**

Dated: May 6, 2021                                         /s/ STEVE WHITWORTH_____
                                                                       Steve Whitworth
                                                                       Counsel for Defendant Guerra-Salcedo

**STIPULATION RE: REMOVAL OF LOCATION MONITORING DEVICE FOR DEFENDANT RIGOBERTO GUERRA-SALCEDO**

Dated: May 6, 2021 /s/ JUSTIN L. LEE
Justin L. Lee
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: May 7, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

**STIPULATION RE: REMOVAL OF LOCATION MONITORING DEVICE FOR DEFENDANT RIGOBERTO GUERRA-SALCEDO**

# **SPECIAL CONDITIONS OF RELEASE**

Re: Rigoberto Guerra-Salcedo
No.: 2:20-cr-00089-WBS-1
Date: May 6, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must not associate or have any contact with co-defendants unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

**STIPULATION RE: REMOVAL OF LOCATION MONITORING DEVICE FOR DEFENDANT RIGOBERTO GUERRA-SALCEDO**