1 PHILLIP A. TALBERT
Acting United States Attorney
2 JUSTIN L. LEE
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00089-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RIGOBERTO GUERRA-SALCEDO, and RAYMOND LEON RODRIGUEZ, | DATE: October 18, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 18, 2021.

2. By this stipulation, defendants now move to continue the status conference until February 14, 2022, and to exclude time between October 18, 2021, and February 14, 2022, under Local Code T4. The parties anticipate that they will be prepared for entry of guilty plea or setting jury trial dates on February 14, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports, photographs, and audio recordings. All of this discovery has been either produced directly to counsel and/or made available

for inspection and copying.

        b)      Counsel for defendants desire additional time review the discovery, conduct defense investigation, meet with their respective clients, and otherwise prepare for trial in this matter.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2021 to February 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2021                    PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ JUSTIN L. LEE
                                              JUSTIN L. LEE
                                              Assistant United States Attorney

Dated: October 13, 2021                 /s/ JONATHAN GONZALES
                                        JONATHAN GONZALES
                                        Counsel for Defendant
                                        Rigoberto Guerra-Salcedo

Dated: October 13, 2021                 /s/ PHIL COZENS
                                        PHIL COZENS
                                        Counsel for Defendant
                                        Raymond Rodriguez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 14, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE