Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504

Email: pcozens@aol.com

Attorney for Defendant Raymond Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:20-CR-00089 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| v. ) | |
| ) | |
| ROBERTO GUERRO- SALCEDO ) | |
| RAYMOND RODRIGUEZ, ) | |
| . ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Justin Lee, Esq. and Defendant Roberto Guerro-Salcedo through his attorney Steven Whitworth and Defendant Raymond Rodriguez through his attorney Philip Cozens, Esq. that:

    The Sentencing Hearing currently scheduled for December 19, 2022 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for March 6, 2023 at 9:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary because Defendant Raymond Rodriguez's attorney requires additional time to review the discovery and lab reports in this matter.

STIPULATION TO CONTINUE SENTENCING HEARING  -1-

Time should be excluded for defense attorney preparation pursuant to Local Code T4 and the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from December 19, 2022 through and including March 6, 2023.

It is so stipulated.

Dated: December 14, 2022                   /s/ Justin Lee, Esq._____
                                           Justin Lee, Esq.
                                           Assistant United States Attorney
                                           Eastern District of California


                                           /s/StevenWhitworth,.
                                           _____
                                           Steven Whitworth, Esq
                                           Attorney for Defendant
                                           Roberto Guerra-Salcedo


                                           /s/ Philip Cozens_____
                                           Philip Cozens
                                           Attorney for Defendant
                                           Raymond Rodriguez


**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for December 19, 2022 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for March 6, 2023 at 9:00 a.m. in Judge Shubb's Court. Time is excluded for defense attorney preparation pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendant's and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from December 19, 2022 through and including March 6, 2023.

Dated:  December 15, 2022                  _____
                                           WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING  -2-