Philip Cozens, State Bar Number 84051
Attorney at Law
1007 Seventh Street, Suite 208
Sacramento, CA   95814

Telephone: (916) 443-1504
Fax: (916) 443-1511
Email: pcozens@aol.com

Attorney for Defendant Raymond Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00089 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | OF SENTENCING HEARING AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RAYMOND LEON RODRIGUEZ and | ) | |
| RIGOBERTO GUERRA-SALCEDO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is stipulated between the United States Attorney's Office for the Eastern District of California by Assistant United States Attorney Justin Lee, Esq. and Defendants Raymond Leon Rodriguez through his attorney Philip Cozens, Esq., and Rigoberto Guerra-Salcedo, through his attorney Steve Whitworth that:

The Sentencing Hearing, currently scheduled for May 8, 2023 at 9:00a.m. in Judge Shubb's Court, be re-scheduled for June 5, 2023 at 9:00 a.m. in Judge Shubb's Court.  The stipulated continuance is necessary because Defendant' attorney requires additional is scheduled for a continuing criminal trial in Placer County and will be unavailable for the sentencing hearing.

Time should be excluded for defense attorney availability pursuant to Local Code T4 and the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time should be excluded from speedy trial calculations from May 8 through and including June 5, 2023.

It is so stipulated.

Dated: May 3, 2023                    /s/ Justin Lee, Esq._____

Justin Lee, Esq.
Assistant United States Attorney
Eastern District of California


/s/ Steve Whitworth_____         /s/ Philip Cozens_____

Steve Whitworth                    Philip Cozens
Attorney at Law                    Attorney at Law
Attorney for Defendant             Attorney for Defendant Raymond Rodriguez
Rigoberto Guerra-Salcedo

**ORDER**

The court, having read and considered the above-stipulation and finding good cause therefore, orders that the Sentencing Hearing currently scheduled for May 8, 2023 at 9:00 a.m. in Judge Shubb's Court be re-scheduled for June 5, 2023 at 9:00 a.m. in Judge Shubb's Court. Time is excluded for defense attorney availability pursuant to Local Code T4 and the court finds the ends of justice outweigh the Defendants' and the public's interest in a speedy trial. Time will be excluded from speedy trial calculations from May 8, 2023 through and including June 5, 2023.

Dated: May 4, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE
for WILLIAM B. SHUBB
SENIOR UNITED STATES DISTRICT JUDGE