HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RIGOBERTO GUERRA-SALCEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO GUERRA-SALCEDO,<br><br>Defendant. | No. Cr. S 20-89 WBS<br><br>**STIPULATION SETTING A BRIEFING SCHEDULE ON DEFENDANT'S MOTION; [lodged] ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |

Defendant, RIGOBERTO GUERRA-SALCEDO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

A joint stipulation of the parties or any supplemental defense motion to be filed by June 20, 2024;

The government's response to the motion, if any, to be filed by July 19, 2024;

Mr. Guerra-Salcedo's reply may be filed on or before 15 days from the filing of the government's response.

Respectfully submitted,

Dated:  June 3, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/  *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   June 3, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/  *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
RIGOBERTO GUERRA-SALCEDO

**ORDER**

A joint stipulation of the parties or any supplemental defense motion shall be filed by June 20, 2024.  The government shall file its response, if any, to the motion (ECF 76) on or before July 19, 2024.  Mr. Guerra-Salcedo may file any reply to the government's response on or before 15 days from the filing of the government's response.

Dated:  June 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE