HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RIGOBERTO GUERRA-SALCEDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO GUERRA-SALCEDO,<br><br>Defendant. | No. Cr. S 20-89 WBS 1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable WILLIAM B. SHUBB |

Defendant, RIGOBERTO GUERRA-SALCEDO, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On July 10, 2023, this Court sentenced Mr. Guerra-Salcedo to a term of 108 months imprisonment;

4. Mr. Guerra-Salcedo's total offense level was 31, his criminal history category was I (having no criminal history points), and the resulting guideline range was 108 to 135 months. Mr. Guerra-Salcedo was not subject to the statutory mandatory minimum term of imprisonment for the reason set forth in the Statement of Reasons, page 1 at § II.B;

5. The sentencing range applicable to Mr. Guerra-Salcedo was subsequently lowered by the zero-point provision;

6. Mr. Guerra-Salcedo is eligible for a reduction in sentence, which reduces his total offense level by 2 from 31 to 29, resulting in an amended advisory guideline range of 87 to 108 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Guerra-Salcedo's term of imprisonment to 87 months;

8. If the Court approves the parties' stipulation, the parties further request that Mr. Guerra-Salcedo's pro se motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821, ECF No. 76, be dismissed as moot.

The following statements are provided by Mr. Guerra-Salcedo and the United States, respectively, and are not part of the parties' stipulation:

1. <u>Mr. Guerra-Salcedo's statement regarding the stipulation</u>: Defendant's counsel enters into this stipulation after having examined the pertinent documents, including the plea agreement, the presentence report, statement of reasons, and judgment. Mr. Guerra-Salcedo's projected release date is April 25, 2031. Mr. Guerra-Salcedo was released pretrial on March 30, 2020, ECF 15, until sentencing in 2023. Throughout that period, he reported as required and had no compliance issues. PSR at 4, ¶ 3. He has been disciplinary free. BOP documents list him as a "MINIMUM RISK RECIDIVISM LEVEL."

/ / /

2. <u>United States' statement regarding its stipulation</u>:

The United States enters this stipulation after reviewing the parties' plea agreement, Presentence Investigation Report ("PSR"), judgment, United States' sentencing memorandum, Statement of Reasons, Bureau of Prisons' ("BOP") disciplinary history, and after conferring with the prosecuting Assistant United States Attorney.

Defendant pleaded guilty, pursuant to a written plea agreement, to Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1). The defendant was assigned a base offense level of 36 under §§ 2D1.1(a)(5) and (c)(2), a two-level decrease pursuant to § 2D1.1(b)(18) because he was found to satisfy the criteria in subdivisions (1)-(5) of § 5C1.2, and a three-level decrease for acceptance of responsibility pursuant to § 3E1.1(a) and (b). PSR at pp. 6–7. At sentencing, the United States recommended a sentence at the low end of the applicable guideline range. ECF No. 67. The Court followed this recommendation and imposed a sentence of 108 months. ECF No. 72.

According to Bureau of Prisons records, as of May 24, 2024, the defendant has not sustained any disciplinary incidents during his time in federal custody.

Respectfully submitted,

| | |
|---|---|
| Dated: June 10, 2024 | Dated: June 10, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Shelley D. Weger*<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>RIGOBERTO GUERRA-SALCEDO |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Guerra-Salcedo is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2023 is reduced to a term of 87 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence.

The pro se motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), filed April 5, 2024, ECF No. 76, is dismissed as moot.

Unless otherwise ordered, Mr. Guerra-Salcedo shall report to the United States Probation Office within seventy-two hours after his release.

Dated: June 10, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE